### Paul SAAD, Appellant, v. The BALTIMORE & OHIO RAILROAD COMPANY, Appellee.

No. 7201.

Circuit Court of Appeals, Sixth Circuit.

April 14, 1937.

Anderson & Lamb, of Youngstown, Ohio, for appellant.

Tyler, Wilson & Rhinefort, of Toledo, Ohio, and F. F. Frazier, of Zanesville, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs, and argument of

counsel for appellant and no reversible error appearing, it is ordered and adjudged that the judgment be, and the same is, affirmed.